**IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF SETH ADAM ROBBINS TO THE BAR OF MARYLAND**

\*    **In the**

\*    **Court of Appeals**

\*    **of Maryland**

\*    **Misc. Docket AG No. 45**

\*    **September Term, 2018**

## O R D E R

This matter came before the Court on the Respondent, Seth Adam Robbins' Petition for Reinstatement. Upon consideration of the Petition, and there being no objection filed thereto in accordance with Maryland Rule 19-751(e)(1), in the above captioned case, it is this <u>19th</u> day of <u>December</u>, 2018,

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, GRANTED, and the petitioner, Seth Adam Robbins, be, and is hereby, reinstated to the practice of law in this State; and it is further

ORDERED, that the Clerk of the Court shall replace the name of Seth Adam Robbins upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this state.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Clayton Greene Jr.
Senior Judge